# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CORDELLRA MCCALEY**                                              **PETITIONER**

**V.**                      **NO. 4:21-CV-108-DMB-DAS**

**MISSISSIPPI DEPARTMENT**
**OF CORRECTIONS**                                                    **RESPONDENT**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, Cordellra McCaley's petition for a writ of habeas corpus [1] is **DISMISSED with prejudice**.

**SO ORDERED**, this 12th day of August, 2022.

                                                     **/s/Debra M. Brown**
                                                     **UNITED STATES DISTRICT JUDGE**